IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

    Petitioner,               No. CIV S-06-1153 FCD EFB P

    vs.

DAVE GRAZIANI, et al.,

    Respondents.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 20, 2006, denial of his application for a writ of habeas corpus. However, on November 6, 2006, petitioner filed a notice of abandonment of his appeal. Petitioner's request for a certificate of appealability will therefore be denied as unnecessary.

        Accordingly, IT IS HEREBY ORDERED that:

        1. A certificate of appealability should not issue in this action.

        2. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

DATED: November 16, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE